UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE TAYLOR, III**, <br><br> Petitioner, <br><br> vs. <br><br> **DAVID FENBY**, <br><br> Respondent. | **4:15-CV-11064-TGB** |

## JUDGMENT

The above-entitled matter having come before the Court on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the Honorable Terrence G. Berg, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

Dated at Detroit, Michigan: January 31, 2020

            DAVID J. WEAVER
            CLERK OF THE COURT

            s/A. Chubb
            Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE